JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SIMON CLIFFORD and KAREN CLIFFORD,<br><br>    Plaintiffs,<br><br>v.<br><br>STANLEY BLACK & DECKER, INC., a Connecticut Corporation; THE HOME DEPOT, INC., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-06430 AB (JPRx)<br><br>**ORDER TO DISMISS** |

Pursuant to the stipulation of the parties, this matter is ordered dismissed in its entirety with prejudice.

The Order to Show Cause re: Dismissal for Lack of Subject Matter Jurisdiction is hereby discharged.

DATED: October 4, 2016

_____
Hon. André Birotte Jr.
United States District Court Judge

SW05-0000394
12068672.1

Case No. 2:16-cv-06430 AB (JPRx)
ORDER TO DISMISS